UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANGELA FRANKLIN
1 Aide St
Plaintiff Greenville, SC 29607

V.

JERRY MIZE, BETH KNIGHT,
CATHY COX
116 COVER ROAD
SENECA, SC
(864) 985-1911

AND

MR. KILLION AND
DOCTORS AT WHITTEN CENTER
CLINTON, SC

CASE NUMBER 1:06CV02057
JUDGE: Unassigned
DECK TYPE: Civil Rights (non-employm
DATE STAMP: 11/30/2006

## COMPLAINT

MY MOTION IS FILED BECAUSE MY SISTER IS MENTALLY RETARDED AND WAS MOVED WITHOUT THE FAMILY PERMISSION. AS A RESULT, SHE WAS HIT BY A CAR AT THE HOME CAIN CTR II AT 412 NALLEY ROAD, SENECA, SOUTH CAROLINA (864-985-1911). SHE SPENT 4 YEARS AT CAIN CENTER II. THIS WAS NOT REPORTED TO THE POLICE.

I CALLED DSS, LT. GOVERNOR'S OFFICE AND THE OMBUDSMAN'S OFFICE FOUR (4) TIMES FROM AUGUST 2003, 2004, 2005, AUGUST 10, 2006. NOTHING WAS DONE.

I CALLED LL REGULATION'S IN COLUMBIA. JERRY MIZE JUST MOVED TO A LICENSING ON JUNE 6, 2006.

Personally appeared before me this
16th day of October 2006.

Della J Hynicka
Notary Public-South Carolina

Angela Franklin
ANGELA FRANKLIN

RECEIVED
NOV 07 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

My Commission Expires December 5, 2015

DELLA T. HYNICKA
NOTARY PUBLIC
SOUTH CAROLINA

1

to Mr. Franklin that as the resident has not been deemed incompetent by the courts, she is entitled to make her own decisions.

The letter dated February 9, 1998 ends by stating, "If you do not come to this meeting, or at the very least, send something in writing that gives specific reasons why Zantine should not move; the Human Rights Committee will probably allow Zantine to go to Oconee for a 30-day trial visit...." A self addressed envelope was enclosed for a response from Mr. Franklin.

According to the "Call Team Meeting" documentation dated February 10, 1998, the resident had requested to go to the Oconee Community Residence. She had made progress in her time at Whitten Center and staff felt that she would benefit from a less restrictive environment like the community residence. It is documented that Zantine was present at this meeting.

The Human Rights Committee documentation dated February 22, 1998 documents the resident left for the Oconee Community Residence on February 12, 1998. It is documented, "A letter was sent to her father to explain that she had the opportunity to move to Oconee Community Residence, and he sent back the consent form saying that she did not have permission to move. Contact was not made by phone because Mr. Franklin does not have a phone; however, contact was made with Zantine's mother by telephone when the consent was returned..." This documentation notes that the resident's Mother who was not her Power of Attorney was in favor of the move. It is further documented, "...Mr. Franklin did have a phone number of another relative and a message was left for him to contact me as soon as possible, and he has not done so at this point..."

"...If we do not receive a response from Zantine's father, Zantine would like to be able to make this decision for herself..."

*TRUE*

Included in the documentation reviewed from Whitten Center is a document from Mr. Franklin dated March 19, 1998 which states "No" to moving Zantine to the Oconee Community Residence.

According to a letter from Ms. Jamie Yelton, Program Coordinator I and dated May 20, 1998, an effort was made by Whitten Center to address the "misunderstanding" regarding Zantine's transfer to Oconee Community Residence. Ms. Yelton chronicles the events as they occurred from January 30, 1998 until May 20, 1998 and explains each effort made by the Whitten Center to speak with Mr. Franklin regarding the resident's move. Again, it is pointed out to the family that the resident is not incompetent and has not been adjudged so and is therefore free to make decisions regarding her daily life.

In a telephone interview with the resident's sister, Ms. Angela Franklin, Ms. Franklin states that the family wishes the resident to return to Whitten Center. The family according to Ms. Franklin never agreed to the transfer to the Oconee Community

*TRUE*

*I angela wanted Her to Remain at Whitten center with Her Sister - Gloria Franklin*

3