FILED
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Angela Franklin,                )
                                )
    Plaintiff,              )
                                )
v.                              )   Civil Action No. **06 2057**
                                )
Jerry Mize *et al.*,            )
                                )
    Defendants.             )

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a resident of Greenville, South Carolina. She sues individuals listed as either residing or working in Seneca and Clinton, South Carolina, based on events that allegedly occurred in South Carolina. The complaint does not reveal any connection to this judicial district. This venue therefore is not proper for litigating plaintiff's claim. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where the defendants reside or a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where it could have been properly brought. Accordingly, it is this ___ day of November 2006,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the District of South Carolina. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

                                        /s/
                                United States District Judge

